UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EARL WILLIAMS,

                          Plaintiff,

            -against-

CITY DERM, et al.,

                          Defendants.

22-CV-0316 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued April 15, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    April 15, 2022
           New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge